UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON LEE HAYWOOD, | No. 2:23-cv-0078 DB P |
| Plaintiff, | |
| v. | ORDER |
| REED, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his Eighth Amendment rights.

By order dated June 20, 2023, the undersigned screened plaintiff's complaint and determined it stated a cognizable failure to protect claim against defendant Reed, but did not state any additional claims. (ECF No. 6.) Plaintiff was given the option to proceed immediately on his failure to protect claim or to file an amended complaint. (Id.) Plaintiff has elected to amend the complaint. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint that complies with the court's June 20, 2023 screening order (ECF No. 6), the Federal Rules of Civil Procedure, and the Local Rules of Practice.

////

    2. The amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint."

    3. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 18, 2023

DEBORAH BARNES  
UNITED STATES MAGISTRATE JUDGE

DB:12  
DB/DB Prisoner Inbox/Civil Rights/R/hayw0078.amd