1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CAMERON LEE HAYWOOD,                    No.  2:23-cv-0078-SCR

12                   Plaintiff,

13          v.                                ORDER

14    REED,

15                   Defendant.

16

17          Plaintiff is a state prisoner proceeding without counsel in this civil rights action filed

18    pursuant to 42 U.S.C. § 1983.  Currently pending before the court is plaintiff's motion for a

19    settlement conference and an extension of time to obtain his legal materials due to his recent

20    prison transfers.  ECF No. 35.  In the motion, plaintiff expresses a desire to settle this case as well

21    his other pending case of Haywood v. Harrison, No. 2:22-cv-1644-KJM-AC (E.D. Cal.), as a

22    package deal.  A review of the docket indicates that a settlement conference was conducted in this

23    case on November 21, 2024.  ECF No. 30.  The case did not settle.  However, it appears that

24    plaintiff's position on settlement may have changed since that time.  Therefore, the court will

25    refer this matter for a further settlement conference and will vacate the pending dispositive

26    motions deadline to be reset as necessary by subsequent order.  This order does not affect the

27    discovery deadline in this case which remains set at May 30, 2025.

28          Once the settlement conference is scheduled, at least seven days prior to the conference,

1    the parties shall submit to the settlement judge a confidential settlement conference statement.

2    The parties' confidential settlement conference statements shall include the following: (a) names

3    and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short

4    procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts

5    made to investigate the allegations; and (e) a discussion of the efforts that have been made to

6    settle the case. Defendant shall e-mail the settlement conference statement to the settlement

7    judge's e-mail box for proposed orders, available on the court's website. Plaintiff shall place his

8    settlement conference statement in the U.S. mail addressed to the settlement conference judge,

9    United States District Court, 501 I Street, Sacramento, CA 95814. Plaintiff shall mail his

10    settlement conference statement so that it is received by the court at least seven days before the

11    settlement conference.

12        Accordingly, IT IS HEREBY ORDERED that:

13        1.  Plaintiff's motion for a settlement conference (ECF No. 35) is granted.

14        2.  This matter is stayed pending a further settlement conference to be scheduled by

15    subsequent order.

16        3.  The dispositive motions deadline of August 22, 2025 is vacated and will be reset as

17    necessary.

18        4.  At least seven days prior to the settlement conference, each party shall submit a

19    confidential settlement conference statement, as described above, to the settlement judge.

20    Defendant shall e-mail the settlement conference statement to the settlement judge's proposed

21    orders e-mail address. Plaintiff shall place his settlement conference statement in the U.S. mail

22    addressed to the settlement judge, United States District Court, 501 I Street, Sacramento, CA

23    95814. Plaintiff shall mail his settlement conference statement so that it is received by the court

24    at least seven days before the settlement conference.

25        5.  If a settlement is reached at any point during the stay of this action, the parties shall file

26    a Notice of Settlement in accordance with Local Rule 160.

27    6.  The parties remain obligated to keep the court informed of their current addresses at all times

28    during the stay and while the action is pending. Any change of address must be reported

1    promptly to the court in a separate document captioned for this case and entitled "Notice of

2    Change of Address."  See L.R. 182(f).

3    DATED: April 28, 2025

4

5    _____
     SEAN C. RIORDAN
6    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28