IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAMERON LEE HAYWOOD,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**REED,**<br><br>                              Defendant. | Case No. 2:23-cv-0078-SCR (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT REED'S *EX PARTE* APPLICATION FOR *NUNC PRO TUNC* EXTENSION OF DEADLINE TO SERVE WRITTEN DISCOVERY REQUESTS** |

   Good cause having been shown, Defendant Reed's *Ex Parte* Application for *Nunc Pro Tunc* Extension of Deadline to Serve Written Discovery Requests is **GRANTED**. Defendant Reed is granted an extension of time, *nunc pro tunc*, to April 3, 2025 to serve written discovery requests on Plaintiff Cameron Lee Haywood. Accordingly, Defendant's First Set of Requests for Admission to Plaintiff, which were served on April 3, 2025, are deemed timely served. The Court's order does not preclude any objections other than timeliness that Plaintiff may assert.

Dated: April 28, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE